# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In Re: PEARL MAXWELL,

Debtor

CHAPTER 13

Case Number 00-14283

## MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS, AND CHAPTER 13 PLAN

The Debtor, by her counsel, respectively requests that this Court grant an extension of fourteen (14) days, until July 21, 2000, to prepare and file her Chapter 13 schedules, statement of affairs and Chapter 13 plan, pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. In support of her motion, the Debtor states as follows:

1. On June 22, 2000, the Debtor filed a pro se voluntary petition in bankruptcy, which halted the execution sale of her property.

2. The Chapter 13 schedules, statement of affairs and Chapter 13 plan are due on July 7, 2000.

3. The Debtor is 81 years of age and has had difficulty completing the required documents.

4. The Debtor has sought the assistance of counsel with respect to her Chapter 13 bankruptcy.

5. The Debtor and Debtor's counsel will need an additional ten (14) days to gather all the necessary information from creditors and prepare the statement and plan.



**DOCKETED**

WHEREFORE, Debtor requests that this Court grant an extension until July 21, 2000 to prepare and file her Chapter 13 schedules, statement of affairs and Chapter 13 plan.

PEARL MAXWELL
By her attorney

*/s/ Tara Twomey/*

Tara Twomey - BBO #640137
Legal Services Center
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-3003

Date: July 7, 2000

### Certificate of Service

I, Tara Twomey, hereby certify that a copy of the foregoing Motion has this day been served upon the Chapter 13 Trustee, and all creditors by first class mailing, postage prepaid.

__July 7, 2000__          */s/ Tara Twomey/*
Date                      Tara Twomey, BBO# 640137
                          Legal Services Center
                          122 Boylston Street
                          Jamaica Plain, MA 02130
                          (617) 522-3003