## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MASSACHUSETTS

IN RE:

PEARL MAXWELL

CHAPTER 13
DOCKET #00-14283-JNF

## 11 UNITED STATES CODE 362(e) WAIVER

Now comes the moving party, Fairbanks Capital Corp., through its attorney and waives its right to a Hearing within the time frame established under 11 United States Code 362(e).

By its attorney,

Richard Forman, Esquire
268 Summer Street
Boston, MA 02210-1108
(617) 482-7005
bbo #: 174960

Dated: July 19, 2000



00 JUL 19 PM 3:31