UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:  
Pearl Maxwell,  
Debtor

Case Number: 00-14283  
Chapter 13

PRE-CONFIRMATION CHAPTER 13 PLAN

DEBTOR: Pearl Maxwell    SS#: 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

TERM OF THE PAYMENT PLAN IS 60 MONTHS

PLAN PAYMENT: Debtor to pay monthly: $ 419.00

**I. SECURED CLAIMS**

A. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Boston Gas Company<br>One Beacon Street<br>Boston, Ma 02108 | Judicial Lien | $4,644.13 |

Total amount of secured claims to be paid through plan: $4,644.13

B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan):

NONE

**II. PRIORITY CLAIMS:**

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Boston Water and Sewer<br>425 Summer Street<br>Boston, MA 02210-1700 | Water & Sewer Services | $177.90 |
| City of Boston<br>Office of the Collector Treasurer<br>One City Hall Plaza<br>Boston, MA 02210 | Real Estate Taxes | $5276.94 |



1    19

Total amount of priorty claims to be paid through plan: $5,454.84

## III. ADMINSTRATIVE CLAIMS

NONE

## IV. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of 10% of their allowable claims.

A. General unsecured claims: $125,226.61

B. Undersecured claims arising after lien avoidance/cramdown: NONE

Total of A and B general unsecured claims: $125,226.61

C. Multiply total by percentage of dividend: $12,523.00

D. Separately classified unsecured claims: NONE

## V. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan: NONE

B. Modifications of Secured Claims: See treatment of secured creditors set forth above.

C. Miscellaneous Provisions: NONE

## VI. CALCULATION OF PLAN PAYMENT

| | |
|---|---:|
| A. Secured claims (Section I-A total) | $4,644.00 |
| B. Priority Claims (Section II total) | 5,455.00 |
| C. Administrative Claims (Section III total) | 0.00 |
| D. General Unsecured Claims (Section IV-C total) | 12,523.00 |
| E. Separately classified unsecured claims (Section IV-D total) | 0.00 |
| F. Total of (A) through (E) | = $22,622.00 |

2

G. (F) above divided by .90 for total cost of plan including Trustee's fees of $2514.00    $25,136.00

H. (G) above divided by term of plan of:    60 months

I. Monthly plan payment rounded up to the nearest dollar    $419.00

In compliance with 11 U.S.C. § 1326 (a)(1), unless the court orders otherwise, the Debtor shall commence making the above payment proposed above within 30 days of filing this plan with the Court.

## VII. Liquidation Analysis

A. Real Estate

| Address | Fair Market Value | Recorded/Statutory/Unavoidable Liens |
|---|---|---|
| 49 Stockton Street<br>Dorchester, MA 02124 | $190,000.00 | $4,644.13<br>(Schedule D) |

Total Net Equity for Real Property:    $185,355.87

Less Exemptions (Schedule C):    ($200,000.00)

Available Chapter 7:    $0.00

B. Automobile(s):

NONE

C. All Other Assets (All remaining items on Schedule B):
1. Household Good and furnishings    $750.00
2. Clothing    $300.00
3. Savings Account    20.00
4. Life Insurance Policy    500.00

Total    $1570.00

Less Secured Claims    $0.00

Less Exemptions    ($1570.00)

Available Chapter 7:    $0.00

Net equity (I and II) plus Other Assets (III) less secured claims and all claimed exemptions:    $0.00

3

## VIII. Statement of Cause

The Debtor hereby states, pursuant to 11 U.S.C. Section 1322(c) and Local Procedure Rule Section 13-4, that she has proposed this plan for a period over 36 months because the current monthly available income to fund a plan would not allow for a viable 36 month plan.

Respectfully submitted,
Pearl Maxwell, by Her Attorneys

*/s/ Tara Twomey*
Tara Twomey, Esq., BBO# 640137
Legal Services Center
122 Boylston Street
Jamaica Plain, MA 02130
Plain, MA 02130
(617) 522-3003

Dated: July 21, 2000

I delcare under the penalties of perjury that the foregoing representations of fact are true and correct to the best of my knowledge or belief.

*/s/ Pearl Maxwell*
Pearl Maxwell, Debtor

Dated: July 21, 2000

4