**DOCKETED**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

PEARL MAXWELL,
  DEBTOR

CHAPTER 13
No. 00-14283-JNF

## MOTION OF FAIRBANKS CAPITAL CORP. FOR CONTINUANCE OF HEARING

Now come the parties by their attorneys and agree that the Hearing on the above-captioned matter scheduled for September 11, 2000 at 10:00 A.M., be continued to a date to be determined by the Court in October, 2000.

As reason therefor the parties state that they are negotiating resolution and awaiting substantiating documentation.

        FAIRBANKS CAPITAL CORP.
        By its attorney

        *Richard Forman*
        Richard Forman, Esquire
        268 Summer Street
        Boston, MA 02210-1108
        (617) 482-7005
        bbo #: 174960

Assented to: *Tara Twomey*
      Tara Twomey, Esquire
      Attorney for Debtor

Dated: September 5, 2000

**DOCKETED**

I, Richard Forman, as attorney for the creditor, Fairbanks Capital Corp., hereby certify that I have forwarded this day via facsimile and first class mail, postage pre-paid, a copy of Motion of Fairbanks Capital Corp. to the following:

1. Office of the U.S. Trustee
   United State Bankruptcy Court
   1101 Federal Office Building
   10 Causeway Street, Floor 11
   Boston, MA 02222-1074.

2. Doreen B. Solomon, Esquire
   Chapter 13 Trustee
   P.O. Box 8250
   Boston, MA 02114-0033.

3. Pearl Maxwell
   c/o Tara Twomey, Esquire
   Legal Services Center
   122 Boylston Street
   Jamaica Plain, MA 02130

4. Maritza Ranger
   49 Stockton Street
   Dorchester, MA 02124

Signed Under the Pains and Penalties of Perjury this 5th day of September, 2000.

Fairbanks Capital Corp.
By its attorney,

Richard Forman, Esquire
268 Summer Street
Boston, MA 02210-1108
(617) 482-7005
bbo #: 174960