**United States Bankruptcy Court**
*District of Massachusetts*
PROCEEDING MEMORANDUM/ORDER

In re **Pearl Maxwell** _____ Chapter **13**  Hearing Date **9-11-00**
Case No. **00-14283**
Adv. P. No. _____

**Counsel Present:**
For Debtor(s) _____ For Plaintiff/Movant(s) _____
For Trustee _____ For Defendant/Respondant(s) _____
For United States Trustee _____

**Nature of Proceedings:**
**#5** Motion for Relief from Stay     **#11 Response by Debtor**
___ Motion of the U.S. Trustee to Convert/Dismiss
___ Motion for Authority to Sell/ Notice of Intended Sale(Private/Public)
___ Adequacy of Disclosure Statement
___ Objections to Claims
___ Order to Show Cause

**Court Action:**
___ Granted ___ Approved ___ Denied ___ **Sustained**
___ Overruled ___ Withdrawn ___ Moot
**5, 11** Continued to **10-16-00 AT 10:00 AM**
___ Taken Under Advisement/ Briefs due _____
___ Stipulation between _____ to be filed by _____
___ Order to Show Cause: Released/Enforced
___ Proposed Order to be submitted by _____
**Other Decision:**

So Noted: _____     So Ordered: *Joan N. Feeney*     Dated: **9/8/00**

Courtroom Deputy     United States Bankruptcy Judge

**DOCKETED**   9/11/00

34