UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:  
Pearl Maxwell,  
Debtor

Case Number: 00-14283  
Chapter 13

FIRST AMENDED PRE-CONFIRMATION CHAPTER 13 PLAN

DEBTOR: Pearl Maxwell         SS#: 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

PLAN PAYMENT: Debtor to pay monthly: $ 419.00

I. SECURED CLAIMS

A. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

| Creditor | Description of Claim | Amount of Claim |
| --- | --- | --- |
| Boston Gas Company<br>One Beacon Street<br>Boston, Ma 02108 | Judicial Lien | $4,644.13 |
| Total amount of secured claims to be paid through plan: | | $4,644.13 |

B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan):

| Creditor | Description of Claim | Amount of Claim |
| --- | --- | --- |
| Fairbanks Capital Corp.<br>C/o Richard Forman, Esq.<br>Forman & Forman<br>268 Summer Street<br>Boston, MA 02210 | First Mortgage | Balance due within 18 months of determination of claim. |

II. PRIORITY CLAIMS:

| Creditor | Description of Claim | Amount of Claim |
| --- | --- | --- |
| Boston Water and Sewer<br>425 Summer Street<br>Boston, MA 02210-1700 | Water & Sewer Services | $1031.51 |
| City of Boston<br>Office of the Collector Treasurer | Real Estate Taxes | $5276.94 |



DOCKETED     1     37

One City Hall Plaza
Boston, MA 02210

Total amount of priority claims to be paid through plan: $6,308.45

## III. ADMINSTRATIVE CLAIMS

NONE

## IV. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of 100% of their allowable claims.

A. General unsecured claims: $121,978.38

B. Undersecured claims arising after lien avoidance/cramdown: NONE

Total of A and B general unsecured claims: $121,978.38

C. Multiply total by percentage of dividend: $121,978.38

D. Separately classified unsecured claims: NONE

## V. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan: NONE

B. Modifications of Secured Claims: See treatment of secured creditors set forth above.

C. Miscellaneous Provisions: NONE

## VI. CALCULATION OF PLAN PAYMENT

Debtor shall pay $419.00 per month to the Chapter 13 Trustee during the pendancy of this case.

Debtor disputes the amounts owed to Fairbanks Capital and plans to assert Truth in Lending violations as well as M.G.L. c. 93A claims against Fairbanks Capital. Debtor proposes to pay the balance due under this plan within 18 months after the determination of the valid claim amount for Fairbanks Capital. This balloon payment shall be paid from the proceeds of a refinancing or sale of Debtor's property located at 49 Stockton Street.

2

Debtor will seek assistance from the Ecumenical Social Action Committee and the Massachusetts Appleseed Foundation to refinance/sell the property. Massachusetts Appleseed Foundation, in conjunction with Citizens Bank, provides fair mortgage loans to elderly person that have been victims of predatory lending schemes.

In compliance with 11 U.S.C. § 1326 (a)(1), unless the court orders otherwise, the Debtor shall commence making the above payment proposed above within 30 days of filing this plan with the Court.

## VII.  Liquidation Analysis

### A. Real Estate

| Address | Fair Market Value | Recorded/Statutory/ Unavoidable Liens |
|---|---|---|
| 49 Stockton Street Dorchester, MA 02124 | $190,000.00 | $4,644.13 (Schedule D) |

Total Net Equity for Real Property:  $190,000.00

Less Exemptions (Schedule C):  ($0.00)

Available Chapter 7:  $190,000.00

### B. Automobile(s):

NONE

### C. All Other Assets (All remaining items on Schedule B):

| | |
|---|---|
| 1. Household Good and furnishings | $750.00 |
| 2. Clothing | $300.00 |
| 3. Savings Account | 20.00 |
| 4. Life Insurance Policy | 500.00 |
| Total | $1570.00 |
| Less Secured Claims | $0.00 |
| Less Exemptions | ($1570.00) |
| Available Chapter 7: | $0.00 |

Net equity (I and II) plus Other Assets (III) less secured claims and all claimed exemptions:  $183,691.55

3

Respectfully submitted,
Pearl Maxwell, by Her Attorneys

_____
Tara Twomey, Esq., BBO# 640137
Legal Services Center
122 Boylston Street
Jamaica Plain, MA 02130
Plain, MA 02130
(617) 522-3003

Dated: September 12, 2000

I delcare under the penalties of perjury that the foregoing representations of fact are true and correct to the best of my knowledge or belief.

_____          Dated: September 12, 2000
Pearl Maxwell, Debtor