UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE                                )
    Pearl Maxwell                )     Chapter 13
                        Debtor     )     Case No. 00-14283-JNF
                                     )

## OBJECTION OF CHAPTER 13 TRUSTEE TO CONFIRMATION OF FIRST AMENDED CHAPTER 13 PLAN

    Now comes Doreen B. Solomon, Standing Chapter 13 Trustee (the "Trustee"), and objects to Confirmation of the First Amended Plan filed in the above-captioned case on September 14, 2000 (the "Amended Plan"). In support of her Objection, the Trustee states as follows:

1.     The Debtors' petition was filed on June 22, 2000.

2.     The Trustee cannot recommend the Amended Plan for confirmation, as there is no term for the Plan. Since there is no term, the Trustee cannot properly calculate the correct plan payment.

3.     Additionally, the Debtor does not have sufficient income to pay a 100% dividend to the unsecured creditors with the proposed 60 month plan.

    WHEREFORE, the Trustee respectfully requests that her Objection be sustained by the Court, and that the Debtor be ordered to file an Amended Plan within fourteen days.

October 13, 2000

Respectfully submitted,
Doreen B. Solomon
Standing Chapter 13 Trustee

By: /s/ Kara M. Lucciola
Doreen B. Solomon (BBO #562078)
Kara M. Lucciola (BBO #555045)
Office of the Chapter 13 Trustee
PO Box 8250, 180 Canal Street
Boston, MA 02114

DOCKETED