UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>Pearl Maxwell,<br>Debtor | Case Number: 00-14283<br>Chapter 13 |

SECOND AMENDED PRE-CONFIRMATION CHAPTER 13 PLAN

DEBTOR: Pearl Maxwell                    SS#: 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

PLAN PAYMENT: Debtor to pay monthly: $ 419.00

## I. SECURED CLAIMS

A. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Boston Gas Company<br>One Beacon Street<br>Boston, Ma 02108 | Judicial Lien | $4,644.13 |

Total amount of secured claims to be paid through plan:          $4,644.13

B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Fairbanks Capital Corp.<br>C/o Richard Forman, Esq.<br>Forman & Forman<br>268 Summer Street<br>Boston, MA 02210 | First Mortgage | Debtor intends to commence litigation regarding the amount and validity of this claim |

## II. PRIORITY CLAIMS:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Boston Water and Sewer<br>425 Summer Street<br>Boston, MA 02210-1700 | Water & Sewer Services | $1031.51 |

1

| | | |
|---|---|---|
| City of Boston<br>Office of the Collector Treasurer<br>One City Hall Plaza<br>Boston, MA 02210 | Real Estate Taxes | $5276.94 |

Total amount of priority claims to be paid through plan: $6,308.45

## III. ADMINSTRATIVE CLAIMS

NONE

## IV. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of 100% of their allowable claims.

A. General unsecured claims: $121,978.38

B. Undersecured claims arising after lien avoidance/cramdown: NONE

Total of A and B general unsecured claims: $121,978.38

C. Multiply total by percentage of dividend: $121,978.38

D. Separately classified unsecured claims: NONE

## V. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan: NONE

B. Modifications of Secured Claims: See treatment of secured creditors set forth above.

C. Miscellaneous Provisions: NONE

## VI. CALCULATION OF PLAN PAYMENT

Debtor shall pay $419.00 per month to the Chapter 13 Trustee for a period of 60 months. Debtor shall pay the balance due under this plan at the end of the 60-month period. This balloon payment shall be paid from the proceeds of a refinancing or sale of Debtor's property located at 49 Stockton Street.

Debtor will seek assistance from the Ecumenical Social Action Committee and the Massachusetts Appleseed Foundation to refinance/sell the property. Massachusetts

2

Appleseed Foundation, in conjunction with Citizens Bank, provides fair mortgage loans to elderly person that have been victims of predatory lending schemes.
The proposed plan does not include the claim of Fairbanks Capital Corporation as the Debtor intends to commence litigation regarding the validity and amount of said claim. Debtor shall file an amended plan within 14 days after resolution of said claim. Any discharge entered in this case shall not discharge the claim of Fairbanks Capital Corporation, unless the claim litigation has been resolved and Debtor has filed the appropriate plan.

In compliance with 11 U.S.C. § 1326 (a)(1), unless the court orders otherwise, the Debtor shall commence making the above payment proposed above within 30 days of filing this plan with the Court.

### VII. Liquidation Analysis

A. Real Estate

| Address | Fair Market Value | Recorded/Statutory/ Unavoidable Liens |
|---|---|---|
| 49 Stockton Street Dorchester, MA 02124 | $190,000.00 | $4,644.13 (Schedule D) |

Total Net Equity for Real Property: $190,000.00

Less Exemptions (Schedule C):        ($0.00)

Available Chapter 7:        $190,000.00

B. Automobile(s):

NONE

C. All Other Assets (All remaining items on Schedule B):
1. Household Good and furnishings        $750.00
2. Clothing        $300.00
3. Savings Account        20.00
4. Life Insurance Policy        500.00

   Total        $1570.00

Less Secured Claims        $0.00

Less Exemptions        ($1570.00)

Available Chapter 7:        $0.00

Net equity (I and II) plus Other Assets (III) less secured claims and all claimed exemptions:   $183,691.55

3

## VII. Statement of Cause

The Debtor hereby states, pursuant to 11 U.S.C. Section 1322(c) and Local Procedure Rule Section 13-4, that she has proposed this plan for a period over 36 months because the current monthly available income to fund a plan would not allow for a viable 36 month plan.

Respectfully submitted,
Pearl Maxwell, by Her Attorney,

*/s/ Tara Twomey*
Tara Twomey, Esq., BBO# 640137
Legal Services Center
122 Boylston Street
Jamaica Plain, MA 02130
Plain, MA 02130
(617) 522-3003

Dated: October 30, 2000

I declare under the penalties of perjury that the foregoing representations of fact are true and correct to the best of my knowledge or belief.

*/s/ Pearl Maxwell*
Pearl Maxwell, Debtor

Dated: October 30, 2000

4