# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

In re:
Pearl Maxwell,
Debtor

Case Number: 00-14283jnf
Chapter 13

### DEBTOR'S ASSENTED TO MOTION TO SCHEDULE AN EVIDENTIARY HEARING ON THE MOTION TO LIFT AUTOMATIC STAY FILED BY FAIRBANKS CAPTIAL

Now come the parties by their attorneys and request that this Honorable Court schedule an Evidentiary Hearing in the above-referenced matter in lieu of the Nonevidentiary Hearing scheduled for November 6, 2000 at 10:00 am. As reason therefor, the parties state and agree that there exist disputed issues of material fact and that the parties expect that discovery will be necessary to resolve these issues of fact.

PEARL MAXWELL,
By her attorney,

*/s/ Tara Twomey/*
Tara Twomey, Esq.
BBO# 640137
Legal Services Center
122 Bolyston Street
Jamaica Plain, MA 02130
(617) 522-3003

Assented to: */s/ Richard Forman/*
Richard Forman, Esq.
Attorney for Fairbanks Capital Corp.

Dated: November 3, 2000

55

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:
Pearl Maxwell,
Debtor

Case Number: 00-14283jnf
Chapter 13

CERTIFICATE OF SERVICE

I, Tara Twomey, Esquire, do hereby certify that I have served a copy of the foregoing Debtor's Assented to Motion to Schedule an Evidentiary Hearing this 3rd day of November, 2000 by facsimile, upon the parties listed below.

*Tara Twomey*
Tara Twomey, Esq.
BBO# 640137
Legal Services Center
122 Bolyston Street
Jamaica Plain, MA 02130
(617) 522-3003

Doreen B. Solomon
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114

Fairbanks Capital Corp.
C/O Forman & Forman
268 Summer Street
Boston, MA 02210

